IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-00020-RPM

THE COLORADO INTERGOVERNMENTAL RISK SHARING AGENCY,

        Plaintiff,

v.

NORTHFIELD INSURANCE COMPANY,

        Defendant.

---

ORDER DENYING MOTION TO STRIKE AND FOR SANCTIONS

---

On March 9, 2006, the plaintiff filed a motion to strike and for sanctions pursuant to Fed. R. Civ. P. 26(g), complaining that the defendant's disclosure was for an improper purpose of attempting to disqualify plaintiff's counsel because of prior litigation.  As noted in the defendant's response there is nothing pending regarding disqualification of counsel and at present Northfield has simply made a Rule 26(a)(1) disclosure of those likely to have discoverable information concerning the dispute in this case.  The motion to strike improperly seeks to raise issues that are not now ripe.  It is

ORDERED that the Motion to Strike and For Sanctions is denied.

Dated: April 17, 2006

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge