**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                    October 31, 2006
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

Civil Action No. 06-cv-00020-RPM

| | |
|---|---|
| THE COLORADO INTERGOVERNMENTAL RISK SHARING AGENCY, | Steven J. Dawes<br>Sophia H. Tsai |
| Plaintiff, | |
| v. | |
| NORTHFIELD INSURANCE COMPANY, | Todd Vriesman<br>Damian Stone |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

**Motions Hearing**

**4:33 p.m.        Court in session.**

Court's preliminary remarks.

4:36 p.m.        Argument by Mr. Vriesman.
4:38 p.m.        Argument by Ms. Tsai.

**ORDERED:**   **Defendant Northfield Insurance Company's Motion for Leave to Amend Its Answer to Assert Additional Defenses, filed October 6, 2006 [21], is granted.**

**ORDERED:**   **Motion to Strike Portions of Defendant's Expert's Testimony, or in the Alternative, for Leave to File Rebuttal Expert Reports and Motion for Extension of Discovery Cutoff, filed October 16, 2006 [22], is denied.**

Discussion regarding discovery and scheduling.

**Counsel agree to two additional Rule 30(b)(6) depositions.**

Mr. Vriesman states he is in the process of retrieving the underwriting file to review for discoverable materials.

**ORDERED:   Discovery cutoff deadline is extended to November 24, 2006.**

**4:48 p.m.        Court in recess.**        Hearing concluded.  Total time in court: 15 min.