**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: June 11, 2007
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 06-cv-00020-RPM

| | |
|---|---|
| THE COLORADO INTERGOVERNMENTAL RISK SHARING AGENCY, | Steven J. Dawes<br>Sophia H. Tsai |
| Plaintiff, | |
| v. | |
| NORTHFIELD INSURANCE COMPANY, | Todd Vriesman<br>Damian Stone |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

**Motions Hearing**

**2:00 p.m.     Court in session.**

Court's preliminary remarks.

2:04 p.m.     Argument by Mr. Dawes [Doc. 28].
2:09 p.m.     Argument by Mr. Vriesman.
2:14 p.m.     Argument by Ms. Tsai [Doc. 30].

**ORDERED:     Plaintiff's Motion for Partial Summary Judgment, filed November 30, 2006 [28], is denied.**

**ORDERED:     Defendant Northfield Insurance Company's Motion for Summary Judgment, filed November 30, 2006 [30], is granted.
Judgment shall enter in favor of the defendant with costs.**

**ORDERED:     Defendant Northfield Insurance Company's Motion to Strike CIRSA's Supplemental Expert Disclosures, filed January 22, 2007 [40], is moot.**

**2:17 p.m.     Court in recess.**          Hearing concluded.  Total time in court: 17 min .