IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-00020-RPM

THE COLORADO INTERGOVERNMENTAL RISK SHARING AGENCY,

        Plaintiff,

v.

NORTHFIELD INSURANCE COMPANY,

        Defendant.

---

ORDER GRANTING JUDGMENT OF DISMISSAL

---

Upon the hearing held today on the plaintiff's motion for partial summary judgment and the defendant's motion for summary judgment and upon the finding and conclusion that the City of Victor executed a full settlement and release of the insurance claim for the loss of its public buildings in September, 1999, upon receipt of payment of the actual cash value of the buildings and that while Victor had the opportunity under the subject insurance policy to substantially complete a new building in replacement within two years of the loss, it did not do so and upon the further findings that the doctrine of mutual mistake does not excuse Victor's acceptance of payment in full satisfaction of its claim in that Victor accepted payment as replacement cost, it is now

ORDERED that the defendant's motion for summary judgment is granted, the plaintiff's motion for partial summary judgment is denied, the defendant's motion to strike the affidavit of James Watson is denied, and all other motions are now moot.

The Clerk shall enter judgment for the defendant, dismissing all of the plaintiff's claims and awarding the defendant costs.

Dated: June 11, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge